No. 91–5652. LEAR *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–5797. HORNICK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5887. HIGUERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6024. SORENSEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6077. HARRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6090. RICHARDSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6113. LUCAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6118. PARKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6120. HOM SUI CHING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6121. TOMMASI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6139. CABALLERO *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–6142. SCHEETS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6148. MARTINS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–6181. VALLES-VALDIVIESO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6182. FRIERSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.